IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY JOHN VANNATA,

    Plaintiff,                    No. 2:06-CV-01343 ALA P

    vs.

CALIFORNIA HIGHWAY PATROL,

    Defendant.                ORDER

_____/

      Plaintiff Anthony Vannata, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the "CERTIFICATE" portion of Plaintiff's in forma pauperis application was not completed and Plaintiff did not file a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  *See* 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

/////

/////

      In accordance with the above, IT IS HEREBY ORDERED that Plaintiff shall submit, within thirty-five (35) days from the date of this order, a completed application to proceed in

1

1  forma pauperis and a certified copy of his prison trust account statement for the six month period
2  immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order
3  will result this action being dismissed without prejudice.
4  /////
5  Dated: November 29, 2007

                /s/ Arthur Alarcón
6                UNITED STATES CIRCUIT JUDGE
               Sitting by Designation