IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY JOHN VANNATA,

     Plaintiff,                   No. 2:06-CV-01343 ALA P

    vs.

CALIFORNIA HIGHWAY PATROL,

     Defendant.              <u>ORDER</u>

_____/

     Plaintiff Anthony Vannata, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  On November 30, 2007, this court ordered Plaintiff to submit a completed application to proceed in forma pauperis within thirty-five days.  Plaintiff was informed that failure to due so would result in this action being dismissed without prejudice.  Plaintiff has failed to comply with the court's November 30, 2007, order.

     Therefore, IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

/////

Dated: January 23, 2008

                                              /s/ Arthur Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation